UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-20557-UU

PET PARADE, INC.,

    Plaintiff,

v.

PETSCRIPT INC., *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement (the "Notice"). D.E. 29. The Court having reviewed the pertinent portions of the record and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings and deadlines are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 22d__ day of June, 2020.

*Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record