**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 20-20557-CIV-UNGARO

PET PARADE, INC.,
on behalf of itself and all others
similarly situated

       Plaintiff,

vs.

PETSCRIPT INC. d/b/a PETSCRIPT
PROLAB PHARMACY, a foreign company
and CHANNELCAST MEDIA CORPORATION
d/b/a PIPELINE MEDIA, a foreign company,
       Defendant.

_____/

**STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, PET PARADE, INC. ("Plaintiff") and Defendants, PETSCRIPT INC. d/b/a

PETSCRIPT PROLAB PHARMACY, CHANNELCAST MEDIA CORPORATION d/b/a

PIPELINE MEDIA ("Defendants"), by and through undersigned counsel and pursuant to F.R.C.P.

41(2), hereby enter into this Stipulation for Final Order of Dismissal with Prejudice, and stipulate

as follows:

    1.     On June 22, 2020, the Parties filed their Notice of Settlement [D.E. 29].

    2.     On June 22, 2020, the Court issued its Order on Notice of Settlement, directing the

parties to file dismissal papers [D.E. 30].

    3.     The Parties hereby request and stipulate to entry of the attached[1] order dismissing

the case with prejudice with the Court retaining jurisdiction to enforce the terms of the settlement

agreement.

---

[1] The stipulated Order is attached as Exhibit 1

WHEREFORE, Plaintiff, PET PARADE, INC. , and Defendants, PETSCRIPT INC. d/b/a PETSCRIPT PROLAB PHARMACY, CHANNELCAST MEDIA CORPORATION d/b/a PIPELINE MEDIA, respectfully request that the Court enter the Order attached hereto, or other similar Order of Dismissal with Prejudice wherein the Court retains jurisdiction to enforce the terms of the Settlement.

Dated: July 22, 2020                                   Respectfully submitted,

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
JEggnatz@JusticeEarned.com
Michael J. Pascucci, Esq.
Fla. Bar No.: 0083397
Mpascucci@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Rd, Ste. 230
Davie, FL 33314
Tel: 954-889-3359
Fax: 954-889-5913

Seth M. Lehrman, Esq.
Fla. Bar No.: 132896
E-mail: seth@epllc.com
**EDWARDS POTTINGER LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: 954-524-2820
Fax: 954-524-2822

*Attorneys for Plaintiff and the putative class*

Jason Kellogg
E-mail: jk@lklsg.com
Stephanie Reed Traband
E-mail: srt@lklsg.com
Alexander G. Strassman
E-mail: ags@lklsg.com
**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
Citigroup Center, 22nd Floor
201 South Biscayne Boulevard
Miami, FL 33131

2

Tel: 305-403-8788
Fax: 305-403-8789

*Attorneys for Defendant, Petscript, Inc. d/b/a
Petscript Prolab Pharmacy*

Andrew Beaulieu, Esq.
Fla. Bar No.: 115097
E-mail: Andy@AxsLawgroup.com
Rossana Arteaga-Gomez, Esq.
Fla. Bar No.: 0014932
E-mail: Rossana@AxsLawgroup.com
Eservice@AxsLawgroup.com
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel: 305-297-1878

*Attorneys for Defendant, Channelcast Media
Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 22nd day of July 2020, and that a notice of the electronic filing will be transmitted to all parties of record as referenced on the attached Service List.

*s/ Joshua H. Eggnatz*
Joshua H. Eggnatz

## SERVICE LIST

Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
Michael J. Pascucci
Fla. Bar No.: 0083397
E-mail: Mpascucci@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Ste. 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
JEggnatz@JusticeEarned.com
MPascucci@JusticeEarned.com

Seth M. Lehrman (FBN 132896)
E-mail: seth@epllc.com
**EDWARDS POTTINGER LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: 954-524-2820
Fax: 954-524-2822

*Attorneys for Plaintiff and the putative class*

Jason Kellogg
E-mail: jk@lklsg.com
Stephanie Reed Traband
E-mail: srt@lklsg.com
Alexander G. Strassman
E-mail: ags@lklsg.com
**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
Citigroup Center, 22nd Floor
201 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-403-8788
Fax: 305-403-8789

*Attorneys for Defendant, Petscript, Inc. d/b/a Petscript Prolab Pharmacy*

Andrew Beaulieu, Esq.
Fla. Bar No.: 115097
E-mail: Andy@AxsLawgroup.com
Rossana Arteaga-Gomez, Esq.
Fla. Bar No.: 0014932
E-mail: Rossana@AxsLawgroup.com
Eservice@AxsLawgroup.com
**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127
Tel: 305-297-1878

*Attorneys for Defendant, Channelcast Media Corporation*