UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20557-CIV-UNGARO

PET PARADE, INC.,
on behalf of itself and all others
similarly situated

      Plaintiff,

vs.

PETSCRIPT INC. d/b/a PETSCRIPT
PROLAB PHARMACY, a foreign company
and CHANNELCAST MEDIA CORPORATION
d/b/a PIPELINE MEDIA, a foreign company,
      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Stipulation for Final Order of Dismissal (D.E. 32) pursuant to Federal Rule of Civil Procedure 41(a)(2) ("Stipulation"), and Court having reviewed the Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Stipulation is APPROVED. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees. The Court retains jurisdiction to enforce the terms of the settlement. The case remains closed.

DONE AND ORDERED in Chambers in Miami, Florida, this _22d___ day of July, 2020.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

cc: all counsel of record via CM/ECF